# In the United States District Court
# for the Southern District of Texas
# Brownsville Division

### NOTICE THAT YOUR MOTION HAS BEEN FILED

| | |
|---|---|
| Date Petition Filed : | **September 20, 2012** |
| Style of Case: | |
| | **Geronimo Salvador Santos Nuez** |
| | **v.** |
| | **United States of America** |
| Case Number: | **B-12-CV-0188** |
| District Judge Assigned: | **Honorable Judge Hilda G. Tagle** |
| Magistrate Judge Assigned: | **Honorable Judge Felix Recio** |
| Nature of Claim: | ___ Habeas Corpus    ___ Civil Rights |
| | **X**   Other |

**Your case has been filed as a Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody.**

*Please write or type the civil action number on the front of all letters and documents.  Please address all mail to:*

**United States District Clerk's Office**

**600 E. Harrison, Rm. 101**

**Brownsville, Texas  78520**

*The case will be handled in the ordinary course of the Court's work.  Writing to the Court to ask about your case will only SLOW the process.*

Date: 9/20/2012

David J. Bradley, Clerk of Court

by: /s/ Sarah Bejarano

Deputy Clerk